**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                         :
**SARAVANA BHAVAN CORPORATION**                          :
**FZE,**                                                 :
                                                         :
                                 **Plaintiff,**          :
                                                         :        **1:26-CV-01591-ALC**
                   **-against-**                         :
                                                         :        **ORDER**
**KUMAAR ET AL,**                                        :
                                                         :
                               **Defendants.**           :
                                                         :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On Apri17, 2026, Defendants' filed a letter motion for a pre-motion conference

concerning an anticipated motion to dismiss the complaint or alternatively to transfer to the

Eastern District of Texas. *See* ECF No. 22. Per this Court's Individual Practices, Plaintiff has

until **April 22, 2026** to file its response to the letter, indicating its position.

**SO ORDERED.**

**Dated:  April 21, 2026**

    **New York, New York**                          **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**