**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

SARAVANA BHAVAN CORPORATION
FZE,

                                **Plaintiff,**

          **-against-**

KUMAAR ET AL,

                           **Defendants.**

               **1:26-CV-01591-ALC**

               **ORDER**

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      For the reasons discussed on the record in today's hearing, Plaintiff's request for

preliminary injunction as well as other relief including an attachment order is hereby **DENIED**.

Further, the Parties are ordered to provide the Court with a joint status report regarding the status

of settlement discussions in this matter by **May 27, 2026.**

**SO ORDERED.**

**Dated:  May 5, 2026**

     **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**