UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAVANA BHAVAN CORPORATION,

Plaintiff,

-v-

KUMAAR, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 1591 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 22, 2026, the Court held a settlement conference with the parties. (See Dkt. No. 47). By **October 2, 2026 at 5:00 p.m. ET**, the parties shall file a joint status letter addressing the status of settlement, stating whether they wish to participate in another settlement conference, and, if not, proposing next steps in the litigation.

Dated: New York, New York
September 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**